914 A.2d 838

IN THE MATTER OF FRANK J. COZZARELLI, AN ATTORNEY
AT LAW (ATTORNEY NO. 021501977).

January 30, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **FRANK J. COZZARELLI** of **BELLEVILLE**, who was admitted to the bar of this State in 1977, and who was suspended from the practice of law for a period of thirteen months effective January 24, 2005, by Order of this Court filed March 9, 2006, be restored to the practice of law, effective immediately; and it is further

ORDERED that **FRANK J. COZZARELLI** shall cooperate fully with the Office of Attorney Ethics in all pending matters and the Office of Attorney Ethics shall bring to the attention of the Court any failure to cooperate.